**Law Office of William P. Perniciaro**
**84 New Dorp Plaza**
**Staten Island, NY  10306**

Phone 718-667-5000
Fax 718-667-0798

William Perniciaro
New York and New Jersey Bar Admission

New Jersey Office:
615 Chesterfield-Arnystown Road
Trenton, New Jersey  08620
609-291-0355

April 7, 2022

<u>**VIA ECF**</u>
Honorable Arlene R. Lindsay
United States District Court Magistrate Judge
100 Federal Plaza
Central Islip, New York 11722

**Re:  Hilton-Jones v. Nassau County, et al.**
       **19-CV-01764 (DRH)(ARL)**

Your Honor:

Yesterday I filed a letter motion requesting an extension of time to file the Joint Pre-Trial Order ("JTPO")(due today April 7, 2022), and an adjournment of our upcoming conference of April 12, 2022. Unfortunately I mis-designated it as a "Motion for Contempt."

I not only apologize to the court and my adversary for this, but can imagine no circumstances under which I could consider my colleague to be in contempt of anything.  Throughout this case he has carried himself in a most professional manner in his interactions with me and Mr. Beecher, my co-counsel.

If it is possible to remove this invidious label, I would be indebted to the court.

Sincerely Yours,

*[signature: William Perniciaro]*

**WILLIAM PERNICIARO**
WPP:km

cc: Ralph J. Reissman, Deputy County Attorney (via ECF)
    Robert M. Beecher
    Rondese Hilton-Jones